JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEILANI MOLINA, | ) | Case No. 2:17-CV-01991-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 35 Days to April 2, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has several other filings due on or around the current due date.

**Molina v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:17-cv-01991-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 15, 2018                    JACQUELINE A. FORSLUND
                                           Attorney at Law


                                           */s/Jacqueline A. Forslund*
                                           JACQUELINE A. FORSLUND

                                           Attorney for Plaintiff


Date: February 15, 2018                    MCGREGOR W. SCOTT
                                           United States Attorney
                                           DEBORAH STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           */s/Chantal R. Jenkins*
                                           CHANTAL R. JENKINS
                                           Special Assistant United States Attorney
                                           *By email authorization

                                           Attorney for Defendant


                              ORDER

APPROVED AND SO ORDERED


Dated: February 20, 2018

                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

**Molina v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:17-cv-01991-CKD**