JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI MOLINA,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>    Defendant<br>_____ | Case No. 2:17-CV-01991-CKD<br><br>**STIPULATION AND** ~~**PROPOSED**~~<br>**ORDER FOR EXTENSION OF TIME**<br>**TO FILE PLAINTIFF'S MOTION FOR**<br>**SUMMARY JUDGEMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to May 2, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's second request for an extension. It is requested due to the fact that Plaintiff's counsel has a very heavy workload coupled with competing family obligations. This will be Plaintiff's final request for an extension.

**Molina v. Berryhill**       **Stipulation and** ~~**Proposed**~~ **Order**       **E.D. Cal. 2:17-cv-01991-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 29, 2018    JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: March 29, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: April 3, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Molina v. Berryhill**        **Stipulation and ~~Proposed~~ Order**        **E.D. Cal. 2:17-cv-01991-CKD**